THE STATE OF OHIO, APPELLANT, *v.* FERGUSON, APPELLEE.

[Cite as State *v.* Ferguson (1988), 40 Ohio St. 3d 602.]

(No. 87-1905—Submitted October 25, 1988—Decided November 30, 1988.)

*Michael Miller,* prosecuting attorney, and *Bonnie L. Maxton,* for appellant.

*James Kura,* county public defender, and *Barbara J. Slutsky,* for appellee.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, LOCHER, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

HOLMES, J., dissents.